FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 2:03CV00066 JTR

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Rubby James Gray
ADC # 500127

Address: P.O. BOX 180 Brickeys, Ar 72320

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Wright
and to Magistrate Judge Ray

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: ~~Dr. Filed Darfeild~~ Dr. Field

Position: Dental

Place of employment: E.A.R.U. Brickeys, Ar 72320. For CMS

Address: P.O. BOX 180 Brickeys, Ar 72320

Name of ~~defendant~~ Asistent: Asistent Ms. Matthews

Position: ~~E.A.R.U. Brickeys Unit~~ Asistent

Place of employment: E.A.R.U. Brickeys Unit

Address: P.O. BOX 180 Brickeys, Ar 72320

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ☐   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

2

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

☐ in jail and still awaiting trial on pending criminal charges

☒ serving a sentence as a result of a judgment of conviction

☐ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

 A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

  Yes ☒   No ☐

 B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

 C. If your answer is NO, explain why not: _____

3

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) On April 18, 2003 I was called to the Infirmary to have a tooth pulled, the Denties pulled one on the lower back on the left side, then tried to pull my tooth, the Denties worked on it for over a hour or more and shot me about five times and the pain was so severe I was crying and yelling so loud the nurse Ms. Crawford and the officer that was working the door was very concern cause I was screaming in pain. Then the Denties and his assistant got mad at me cause they couldn't get it out and I was so loud, he said I shouldn't be feeling anything but I was, they hurt me so bad my mouth still hurts and it bleed for two whole days. And I had him stop cause I couldn't take it know more and he said he would have to send me to a sergen and have it cut out, But yesterday April 24, 2003 they sent me to Pine Bluff Unit and it was no sergent and he said he just got off the phone with Dr. ~~Reed~~ and wanted to try to pull it again and didn't even look in my mouth and I told him I wasn't going to let him try to pull it either, cause I was told that I was going to see a sergen and now I have fear of anyone trying to pull it again cause I am emotional distress.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for them to take care of this problem that they have caused and stop trying to cover it up and stop blaming me for there wrong doing and the pain and suffering that I am going through

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of __May 5_____, 20 03.

_Rilly James Bray_

_____
Signature(s) of plaintiff(s)

The Grievance form is in the other mail because I don't have the money to send it out its in two deffence envelopes and please if this goes out get back with me as soon as you can because my tooth is still killing me and it has my right eye jumping I need something done concerning this tooth very soon. I can't take much more suffering.

C-800-5

**GRIEVANCE FORM**
UNIT/CENTER E.A.R.U. Brickeys

ATTACHMENT I
For Office Use Only
#_____

_____
Date Received

NAME (Please Print) Rubby James Gray                      ADC # 500127

BARRACKS   12             JOB ASSIGNMENT   Fu-06

Have you discussed this problem with your immediate supervisor? YES ✓ NO ___ NATURE OR DESCRIPTION OF THE PROBLEM:

I was in the Infirmary today about 12:45 pm haveing a tooth pulled and the Denties pulled one and started on the other one. He tied for about a hour and a half and I was in so much pain and hurting so bad I was crying and yelling so loud that the nurse Ms. Crawford and the officer working the door was concern and now I need a root cnwal and my tooth is still bleeding like crazy and I am suff from what they done to me I am worst off now then I was when I

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? first went and will never make that mistake ever again.

I would like to be sent to Pine Bluff Unit and get my tooth fix and I would like to have someone look into this and I am going to send a copy of this to the United States District Court and see if I have a case for pain and suffering and mawat mal pratice suite

Inmate Signature  Rubby James Gray                          Date  04-18-03

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If so, why? (Provide Explanation) Because my tooth has been bleeding for over 7 hour and I am in so much pain you wouldn't belive and now I am suffering because the Dentics couldn't do his job how much more pain do I have to Bar before I can get some help and how much longer. Need help now today. Urgent Emergency. Can't take it any more.

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt, and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

---

(To be filled out by Receiving Officer)

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print)  Cpl A. Williams

FROM WHICH INMATE?  Rubby James Gray       ADC # 500127

DATE   4-18-03                  TIME   11:00 pm

                               A. Williams
                               Signature of Receiving Officer