Date: June 20, 2003

ADC # 300729

Rubby James Gray

Plaintiff

V

Case No: 2:03CV00066 SWW/JTR

Dr. Field, E.A.R.U.
Ms. Matthews, Assistant E.A.R.U.

Defendants

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 24 2003

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Amended Complaint

I received this Amended on June 19, 2003. to inform me to provid the courts with the following information. (1) A description of the allegedly inadequate medical care and the medical care was inadequate, an explanation of how each Defendant was personally involved in providing me with inadequate medical care. And all facts that support me contention that the dentist at the Pine Bluff unit was not qualified to extract my wisdom tooth and specific medical treatment I seek for my teeth. First of all I am not saying that the Dentist at the Pine Bluff unit was not qualified to take care of a wisdom tooth, I am saying that when I was called in the Dentist office his assistant said that Dr. Field had called and told them that I was acting like a big baby and she also asked the Dentist if he wanted to take a look in my mouth at the tooth and he said no just get him ready I will pull it out. How can he say that without looking at my tooth or not takeing x-rays thats why I wouldnt let him and I refused treatment as they call it that to me was not treatment. Now Dr. Field and his assistant really didnt know what they were doing so on those grands I can say that neither one of them was qualified and in the end of all of it they blaime me for there mistake and Ms. Matthews was very unprofessional and very disrespectful to me. Nurse Crawford and officer CO II Southern can witness the pain they caused me, I have already sent you the respones to the grievance form that I got back June 2, 2003 And I even maile it off along with my first Amended Complaint cause I went back to see Dr. Field concerning my gums swolleing and he gave me x-rays that time and said I could have oreal cancer in my gums and made me a apointment to go back to Pine Bluff to see a specialest about the matter and still I havent seen anyone. I am sending you a letter of my first complaint and let me know if you got my maile that I sent off with the response to my grievance on June 2, 2003. I mailed it off June 2, 2003. Signed, Rubby James Gray

6

"*Emergency Urgent*"

**GRIEVANCE FORM**
ATTACHMENT I
C-800-5

UNIT/CENTER  E.A.R.U. Brickeys

For Office Use Only
#  _____

Date Received

NAME (Please Print)  Rubby James Gray          ADC #  500127

BARRACKS  12          JOB ASSIGNMENT  FU-06

Have you discussed this problem with your immediate supervisor?  YES ✓  NO __  NATURE OR DESCRIPTION OF THE PROBLEM:

I have a very painful situation with my tooth and it has been giveing me painful problems every since April 18th and now it has gotten to the point that it hurts so bad my head and my eyes hurt all day and night and it seems like know one in the infirmary cares cause your grate Dr Field is responsible for this pain and now I wont let him back in my mouth yall are make

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?  me suffer with the pain pleas send me to a nother unit on a transfer and I will let that unit do it, I dont trust the people here

I would really like to get a transfer away from this unit and then I might let them do what needs to be done and give me something for the pain. The Dr Feild is the one who done this to me, he worked on my tooth for a hour or more, I need some medical help pleas

Inmate Signature  Rubby James Gray          Date  05-02-03

IS THIS AN EMERGENCY SITUATION?  YES ✓  NO __  If so, why? (Provide Explanation)  Because I cant eat and now I am haveing some very bad migrains and I hurt day and night and yes my mouth hurts like hell. Pleas get me some help I dont know how much more pain that I can take, this is urgent thank you, pleas respond to this and yes I need acopy

(An emergency situation is one in which you may be subject to a substantial risk of physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt, and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

(To be filled out by Receiving Officer)

**RECEIPT FOR EMERGENCY SITUATIONS**

OFFICER (Please Print)  CO1 T. Peppers

FROM WHICH INMATE?  R. Gray          ADC #  500127

DATE  4/2/03          TIME  4:40 PM

Troy Peppers
Signature of Receiving Officer



Correctional Medical Services

RECEIVED
MAIL ROOM

JUN 2 4 2003

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

May 5, 2003

R. Gray, ADC # 500127
Brks 12

Mr. Gray,

Your file shows on 4/18/03 that you did not want Dr. Fields to finish your dental treatment. Your file shows on 4/24/03 you were transferred to a specialist in Pine Bluff, and that you refused treatment there.

Please explain what it is that you want if not for the dental staff to meet your dental needs.

R. Guy
Administrator

Date: April 19, 2003
Day: Saturday
Time: 10:05 AM

To Whom this may concern,

I was called to the Infirmary yesterday to have two teeth pulled and on more inmate that was in my barrack went as well, His name is Johnny Waters, he was in there when I went in case mine was the worst, he had two pulled also and wasnt in there 15 min. and to me they done a really good job on him. Two other inmates came in when he was in there and once he came out I was next but the other two were only going to get there teeth looked at so they were called befor me and I told the Doctor a few days befor I was afraid of this and haden ben to the Denties in 7 or 8 years and I couldnt take pain to well. Now I am in its my turn and we talks and then he gives me two or three shots to nume me, he waites about 5 min. and then he ask me is my lips nume yet I tell him not yet so he gives me one or two more shots and now that make five shots I have taken so I shouldnt feel a thing. He starts and 20 or 30 min. later he gets the first tooth out its the left back one and it really was my wisdom tooth and he should have never tried to pull it out it should have been cut out, thats why he should have taken pictures of it to make sure what he was faceing but he didnt, So after a hole hour or so on this tooth that I still have in my mouth and a lot of pain and yelling and crying he stoped cause the nurse in the infrimary Ms Crawfor And the officer that was working the door heard me crying and screaming for him to stop and yelling. He stoped and got mad at me cause it wouldnt come out and then told me to come down and take a nother brake and then he gave me two more shots and wanted to try again and then he ask me to signe some papers and I refuessed so he said the tooth is in your gums and its a long root and he ask me to come back Tuesda and let him look at it and he might have to send me to Pine Bluff Unit and have them cut it out. I think I have grounds for a mount pratice suite and pain and suffering. Please respon as soon as possible and I have a case I cant remember the

case number and the courts gave me a lawyer on it in May or June of last year the lawyers name is Robert L Collman of Blytheville, Ar I have been back in prison and havent talked to him and the last time I got a letter from him he was going to drop my case cause I couldnt get a ride to come to his office and it was on Randy Bellvies of the Lepanto Police Department and I havent heard from yall since I have been back in prison and I just got the address and would like to know whats going on with that case and here are my papers when my probation was violated cause I dont want it droped. Thank you for your time and pleas get back with me and let me know something concerning this sitaution and my old case.

Sincerly Rubby James Gray

04-19-2003

PS here is a copy of the Grievance form I havent gotten a respone from my Medicial Grievance yet and I am Indegent and I dont know if my family is going to send me any money or not cause I have missed up with them and they are not going to give me any help until I let them see that I am ready to help myself and I have two children age 5 and 4 and I am behide on my Child Surport. Which is $58 weekly

F I L E   C O P Y

vjt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

June 25, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:  2:03-cv-00066.

True and correct copies of the attached were mailed by the clerk to the following:

    Rubby James Gray         (appt of counsel form)
    EARU
    East Arkansas Regional Unit
    ADC 500127
    Post Office Box 180
    Brickeys, AR   72320-0180

cc: press

James W. McCormack, Clerk

     6/25/03                            V. Turner
Date: _____    BY: _____