**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 1 2003

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RUBBY JAMES GRAY                                    PLAINTIFF
ADC #500127


VS.                    NO. 2:03CV0066 JTR


PATRICK FIELDS(originally sued                     DEFENDANTS
as Field)and STAR MATHEWS
(originally sued as Matthews), et al.




ORDER

The above defendants have answered and supplied their correct or complete names. The Clerk is directed to change the style of the cases to correct the names of the defendants.

SO ORDERED this 20ᵗʰ day of October_____, 2003.


_____
UNITED STATES MAGISTRATE JUDGE




THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 10-21-03 BY V

16

F I L E   C O P Y

vjt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


October 21, 2003



* * MAILING CERTIFICATE OF CLERK * *


Re:   2:03-cv-00066.



True and correct copies of the attached were mailed by the clerk to the
following:


        Rubby James Gray
        EARU
        East Arkansas Regional Unit
        ADC 500127
        Post Office Box 180
        Brickeys, AR   72320-0180

        Alan R. Humphries, Esq.
        Humphries & Lewis
        918 West Fifth Avenue
        Post Office Box 9068
        Pine Bluff, AR   71611-9068

        cc: press, Brenda


                                        James W. McCormack, Clerk

                                               V. Turner
        10/21/03                        BY: _____
Date: _____