FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 03 2003

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLER

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RUBBY JAMES GRAY                                                    PLAINTIFF
ADC #500127

VS.                       NO. 2:03CV00066 SWW/JTR

PATRICK FIELDS, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 3rd day of December, 2003.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 12-4-03 BY ___

```
                    F I L E   C O P Y
                                                              vjt
                 UNITED STATES DISTRICT COURT
                   Eastern District of Arkansas
                        U.S. Court House
                  600 West Capitol, Suite 402
                 Little Rock, Arkansas 72201-3325


                       December 4, 2003



            * * MAILING CERTIFICATE OF CLERK * *


Re:   2:03-cv-00066.


True and correct copies of the attached were mailed by the clerk to the
following:


        Rubby James Gray                   (appeal pkg)
        EARU
        East Arkansas Regional Unit
        ADC 500127
        Post Office Box 180
        Brickeys, AR   72320-0180

        Alan R. Humphries, Esq.
        Humphries & Lewis
        918 West Fifth Avenue
        Post Office Box 9068
        Pine Bluff, AR   71611-9068

        cc: press, post


                                    James W. McCormack, Clerk

                                          V. Turner
        12/4/03                     BY: _____
Date:  _____
```